# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER J. HASSO aka JENNIFER J. HASSO-NAJM, individually and as Trustee of the NAJM FAMILY TRUST U/D/T 05/19/97,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO, et al.,<br><br>    Defendants. | CASE NO. 19CV0368-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

On January 31, 2020, Plaintiff Jennifer J. Hasso aka Jennifer J. Hasso-Najm ("Plaintiff") and Defendants KTU&A, Kurt Carlson and Timothy Henderson (collectively, the "KTU&A Defendants") filed a Joint Motion and Stipulation to Extend Time to Respond to First Amended Complaint ("Joint Motion").

The Court having considered the Joint Motion and good cause appearing, hereby **GRANTS** the parties' Joint Motion.

Defendants KTU&A, Kurt Carlson and Timothy Henderson will have until March 6, 2020 to respond to Plaintiff's First Amended Complaint.

Moreover, in the event a motion to dismiss is filed by defendants KTU&A, Kurt Carlson and Timothy Henderson, said defendants will not be required to file an answer until after any ruling on their motion to dismiss is issued by the Court.

**IT IS SO ORDERED.**

Dated: February 3, 2020

Hon. Anthony J. Battaglia
United States District Judge

2

16-CV-00580-W-AGS